# In the United States Court of Federal Claims

|  |  |
|---|---|
| _____ ) | |
| _____ ) | Case No. **18-826** **C** |
| **Plaintiff(s),** ) | |
| **v.** ) | Judge _____ |
| **THE UNITED STATES,** ) | **FILED** |
| **Defendant.** ) | **JUN 1 1 2018** |
| _____ ) | U.S. COURT OF FEDERAL CLAIMS |

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

see attached

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## 2. PARTIES

Plaintiff, _____, resides at_____
                                                        (Street Address)

_____,     _____
      (City, State, ZIP Code)                (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

see attached compaint, exhibit 1 and certificate of service
_____

_____

**RELATED CASES.**  Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?     ◯ Yes  ⦿ No

If yes, please list the case(s) below, including case number(s):

_____

**3. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

see attached
_____

**4.  RELIEF.**  Briefly state exactly what you want the court to do for you.

see attached

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___6th___ day of ___June_____, ___2018___.
　　　　　　　　(day)　　　　　　　　　(month)　　　　　　　(year)

Signature of Plaintiff(s)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDWARD THOMAS KENNEDY,

                Plaintiff,

     v.

                              Case No. _____

UNITED STATES OF AMERICA,

                et al.,

                Defendants,

             Plaintiff's Original Complaint

1.      Edward Thomas Kennedy, Plaintiff, hereinafter "Kennedy" is one of the people of Pennsylvania wishes this court of record provide him on his own behalf with ECF access to this and all cases at this court of record.

FIRST CAUSE OF ACTION – TRESPASS

PARTIES

2.      Edward Thomas Kennedy, (hereinafter "Kennedy") is one of the people of Pennsylvania, and in this court of record on his own behalf complains of each of the following: United States of America, United States Government, Department of Defense, Joseph Francis Dunford, United States Postal Service, Megan Brennan, Thomas Marshall, Catriona M. Coppler, Commonwealth of Pennsylvania, The Unified Judicial System of Pennsylvania, Supreme Court of Pennsylvania, Robert Mahalchick, Borough of Minersville, Megan Paul, Michael Combs, Richard Charles Clink, Walter J. Miscavage,

William Angelo, Joseph Post, Albert Joseph Evans, Frederick James Fanelli, Sudhir Raman Patel, Martin Joseph Cerullo, Thomas Westerman Wolf, Joshua David Shapiro, Thomas G. Saylor, Robert D. Castille, Michael Andrew O'Pake, Thomas Patrick Pellish, Christine Anne Holman, David G. Argall, Neal Patrick Goodman, Matthew Cartwright, David A. Plachko, Joseph G. Groody, Frank J. Staudenmeier, Karen L. Domalakes, Michael J. Stine, Rubright, Domalakes, Troy & McDonald (Attorneys at Law), Cerullo, Datte & Burke, P.C., Fanelli, Evans & Patel, P.C., Robert Benjamin Patton, County of Schuylkill, George Francis Halcovage, Gary Hess, Martin Heckman, Brian Tobin, County of Lehigh, Upper Macungie Township, Joseph N. Hanna, Martin Wayne Nothstein, Percy H. Dougherty, Phillips A. Armstrong, Robert Ibach, Edgardo A. Colon, Upper Macungie Township, Bar Association of Lehigh County, Schuylkill County Bar Association, Pennsylvania Bar Association, Stephen J. Marshall, James Bernard Martin, Patrick Joseph Toomey, Robert Evanchek, Bradley J. Getz, Tyree C. Blocker, Richard H. D'Ambrosia, Pennsylvania State Police, The Disciplinary Board of the Supreme Court of Pennsylvania, [1] Maria Casey, David John Dutcavage, Raymond S. Wierciszewski, Alan J. Davis, Paul J. Killion, Paul J. Burgoyne, Glenn T. Roth, Department of the Treasury, Steven Terner Mnuchin, Thomas B. Darr and the Federal Reserve Bank of New York, hereinafter "Kidnapper", and all collectively "Kidnappers"; who are

each summoned to answer and declare under penalty of perjury the said in a plea of trespass, trespass on the case, trespass on the case - vicarious liability, failure to provide a republican form of government and trover, to wit:

---

[1] Copy sent with reverent respect to Jesuit General at Wernersville, Pennsylvania

INTRODUCTION

2.      Each Kidnapper exceeded their jurisdiction by either directly, through an agent, or in concert with another did cause Kennedy to be unlawfully and forcibly carried away and imprisoned[2] against his will, without jurisdiction or good cause. Said Kidnappers, without good cause, imprisoned Kennedy. During imprisonment the Kidnappers took further casual ill-considered actions to further imprison Kennedy for up to three days without trial or due process. Paraphrasing Senator John Kennedy, a Republican from Louisiana, Justice in Pennsylvania sucks.

3.      From the moment he was taken away till the present, Kennedy, under color of law, was kept in actual or constructive imprisonment. Although he objected to the assumed jurisdiction, those who kept him imprisoned under color of law did not respond to any of his demands and requests for proof of jurisdiction or for reinstatement of his liberty. They continued to assume the jurisdiction without proof of jurisdiction or any attempt at proof of jurisdiction. Kennedy continues to be subject, under color of law, to the assumed jurisdiction, will and control of the Kidnappers.

4.      Under color of law, Kennedy was subjected to pseudo-psychological evaluations at the County of Lehigh prison, Allentown, Pennsylvania on August 28, 2017 and the County of Schuylkill prison on August 30, 2017.

SPECIFICS

---

[2] Imprison: To confine a person or restrain his liberty in any way. Black's Law Dictionary, 5th Edition
Imprisonment: ...it may be in a locality used only for the specific occasion; or it may take place without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of available force. Black's Law Dictionary, 5th Edition.

5.      Each defendant acted in such a way, or failed to act in such a way, that Kennedy is deprived of his liberty. Each defendant acted to deprive claimant Kennedy of his liberty; or each defendant failed to act to prevent the loss by Kennedy of his liberty. Further, each defendant is a willing participant in concert with each of the remaining defendants.

6.      At all times mentioned in this action each defendant is the agent of the other, and in doing the acts alleged in this action, each is acting within the course and scope of said agency. The following paragraphs describe what the Kidnappers, under color of law, either acted or failed to act as obligated.

7.      Each defendant exceeded his jurisdiction under color of law. Each defendant acted in concert with the remaining defendants to affect the unlawful loss of liberty of Kennedy.

8.      County of Schuylkill prison is at 230 Sanderson Street, Pottsville, PA 17901. Schuylkill County Courthouse is at 401 North Second Street, Pottsville, PA 17901. County of Lehigh prison is at 38 North Fourth Street, Allentown, PA 18102.

9.      At no time has Kennedy ever entered a voluntary plea.

10.      With a one page letter signed by M Judith Johnston, County of Lehigh employee, Johnston provided Kennedy with a false and/or fake, one page Bench Warrant signed by William E. Baldwin, the President Judge.

11.      On January 10, 2018, Thomas Patrick Pellish provided Kennedy with signed, official records of Clink and Plachko, who both lied under oath in documents and records provided by Pellish to Kennedy.

12.     On June 2, 2017 between 2PM and 3PM local time at 401 Tillage Rd., Breinigsville, PA 18031, Kidnappers Getz, D'Ambrosia, Colon, Hanna and Marshall threatened to kill Kennedy with firearms and/or weapons[3] under color of law, and were overheard stating that they came to kill another Kennedy.

13.     On August 28, 2017 at the Target store parking lot at 749 N Krocks Road, Allentown, PA 18106 at 10am, Kidnappers used excessive force and transported Kennedy in handcuffs and chains to the County of Lehigh prison.[4]

14.     On August 28, 2017 to August 30, 2017 inclusive at and in the County of Lehigh prison and County of Schuylkill prison, Kennedy was injured by the Kidnappers.

15.     On August 28, 2017 Kennedy was stripped naked, given a rectal exam, forced to wear prison clothes, given physical and mental exams and caged in solitary confinement conditions[5] based on the color of law.

16.     On August 30, 2017, Kidnapper Heckman transported Kennedy to County of Schuylkill prison under color of law injuring the Plaintiff as described herein.

17.     On August 30, 2017, Heckman and Tobin injured Kennedy with extreme deadly force.  Kennedy was again stripped naked, given a second rectal exam, forced again to wear prison clothes, again given physical and mental exams and again caged in solitary confinement like conditions based on the color of law. Solitary confinement "drives men mad," Justice Anthony McLeod Kennedy said in 2015.

---

[3] Training and weapons were provided by Defendant Department of Defense and Defendant Joseph Francis Dunford.
[4] Tracking Technology provided to the Kidnappers by Defendant Department of Defense.
[5] "Solitary confinement makes men mad," Anthony McLeod Kennedy.

18.    On August 30, 2017, Kennedy was involuntarily brought before a court not of record and not a nisi prius court. Kennedy objected to the jurisdiction of the court to James Goodman, Judge and later objected to the jurisdiction of the same court on to separate day and occasion to Charles Miller, also a Judge.

19.    Defendants Saylor, Davis, Holman, O'Pake, Pellish, Evanchick and other Kidnappers without proof of jurisdiction, each ignored Kennedy's objections, and proceeded under color of law to continue his constructive imprisonment.

20.    Because of the actions committed with actual and implied force or the lack of action of the defendants, Kennedy was immediately and directly injured and suffered loss of liberty, and imprisoned under color of law.

21.    Defendants have a duty to not cause Kennedy to be imprisoned under color of law, to not cause loss of liberty. Further, defendants have a duty to prove jurisdiction when objection to jurisdiction is asserted.

22.    Defendants have breached that duty.

23.    The damages for the injury caused by defendants' actions are $50,000 for each day of unlawful imprisonment for each defendant.

24.    The damages for the injury caused by defendant's' absence of required action is $5,000 for each failure to act.

SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

25.    Paragraphs 1 through 24 are included by reference as though fully stated herein.

26.    By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

27.    Defendants have a legal duty to use due care and not cause an injury to Plaintiff or interfere with said rights in any way.

28.    Defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to Plaintiff Kennedy.

29.    The damages claimed are all a result of the injuries.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE -VICARIOUS LIABILITY

30.    Paragraphs 1 through 29 are included by reference as though fully stated herein.

31.    Power is never without responsibility. And when authority derives in part from Government's thumb on the scales, the exercise of that power by private persons becomes closely akin, in some respects, to its exercise by Government itself.

32.    The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

33. Each defendant is an agent of the other, and each has his place in the chain of exposing Plaintiff Kennedy to the actors. Each defendant is vicariously liable for each instance of injury to plaintiff.

FOURTH CAUSE OF ACTION – FAILURE TO PROVIDE A REPUBLICAN FORM OF GOVERNMENT

34.     Paragraphs 1 through 33 are included by reference as though fully stated herein.

35.     Kennedy wishes defendants to not breach their fiduciary duty to Kennedy. Kennedy wishes defendants to not breach their oaths of offices and especially "Attorneys at law" and their private member associations and their published advertisements in newspapers and on the public internet.

36.     The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

37.     The business model of defendants is based on a foundation of deceptions, lies and fraud, especially the United States Postal Service, Commonwealth of

Pennsylvania, Pennsylvania Bar Association, Schuylkill County Bar Association and The Disciplinary Board of the Supreme Court of Pennsylvania.[6]

38.     The damages claimed are all a result of the injuries.

## FIFTH CAUSE OF ACTION – ACTION OF TROVER

39.     Paragraphs 1 through 28 are included by reference as though fully stated herein.

40.     Kidnappers, notably Combs, Clink and the Borough of Minersville wrongly took, that is stole, Kennedy's personal property and his trade secrets.

41.     The damages claimed are all a result of the injuries.

### LAW OF THE CASE

42.     Through the courts, Kennedy encourages the Government and its employees to obey the law. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law.[7]

43.     In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

44.     Exhibit "1" is incorporated by reference as though fully stated herein.

### REQUEST FOR RELIEF

45.     For that cause of action therefore Plaintiff Kennedy brings his suit.

---

[6] There is no legislative foundation for Attorneys at Law and their private member associations to practice law. [Similarly the (no name) Bar on Bridgeway in downtown Sausalito, California also has no legislative foundation to practice law.]

[7] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994), and Opinions of Anthony McLeod Kennedy, the Senior Associate Justice of the Supreme Court of the United States.

46.     WHEREFORE, Kennedy wishes the Judge assigned to this case administrate judgment against Kidnappers, and each of them, as follows:

On all causes of action:

47.     For general damages in the sum of $50,000 multiplied by the number of days in constructive and actual imprisonment per Defendant or One hundred fifty million dollars ($150,000,000.00), whichever is greater.

48.     For the damages for the injury caused by defendant's' absence of required action $5,000 for each failure to act times 2000 failures to act; or ten million dollars ($10,000,001) whichever is greater;

49.     For an Order to stop the Kidnappers from taking, that is stealing, from Kennedy, stop and remove all data and privacy violations and false advertisement by the Kidnappers from Kennedy nunc pro tunc, and restore Kennedy's good standing, simply stated expunge the records in the The Unified Judicial System of Pennsylvania and Commonwealth of Pennsylvania records;

50.     For an immediate Order to the Kidnappers to return all personal property and trade secrets taken from Kennedy nunc pro tunc; in other words, Order the Kidnappers to return all they stole or pay one million dollars ($1,000,000.00) to Kennedy;

51.     That the court enter a declaratory judgment that Kidnappers have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

52.    That the court enter a declaratory judgment that Kidnappers' actions were in excess of statutory jurisdiction, authority and short of statutory right;

53.    That the court permanently enjoin Kidnappers from interfering in any way with Kennedy's lawful rights and provide him with a republican form of government;

54.    That the court permanently enjoin Kidnappers from interfering in any way with Kennedy's lawful rights, honor their fiduciary duty to Kennedy, net out all alleged "debt" to zero, remove all liens, all fines and return all funds stolen from Kennedy to Kennedy nunc pro tunc;

55.    That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Unified Judicial System of Pennsylvania, its Courts or judicial officers, for collusion between the parties, and/or for fraud in the parties offering the record, in respect to the proceedings;

56.    That the court grant Kennedy his attorneys fees;

57.    That the court grant Kennedy such, other and further relief as the court deems proper;

58.    That the court order all the Kidnappers to return the value of all bonds created in all these matters in three cases;

59.    That the court order the Federal Reserve Bank of New York to stop buying Commonwealth of Pennsylvania and Unified judicial System of Pennsylvania bonds;

60.    That the court order Defendant Saylor not to be stripped naked, not be given a rectal exam, or be forced to wear prison clothes, but be given physical and mental exams for

dementia and/or senility and not caged in solitary confinement conditions;

61.    For interest as allowed by law; and

62.    For costs of suit incurred.

June 6, 2018, County of Lehigh, Pennsylvania.


*Edward Thomas Kennedy*    SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Emails: kennedy12@pm.me
Telephone: 415-275-1244
Fax: 570-609-1810.

## CERTIFICATE OF SERVICE[8]

I hereby certify that on June 6, 2018 that I filed a copy of the Plaintiff's Original

Complaint and  Exhibit 1 Law of the Case by United States Postal Service (USPS) regular mail

at the office of the Clerk of Court at United States Court of Federal Claims at Howard T. Markey

National Courts Building, 717 Madison Place, N.W., Washington, DC 20439 and served by US

regular mail, email and/or fax numbers as indicated herein to the following:

*Notice to principal is notice to agent; notice to agent is notice to principal.*

For the United states, United States of America and the United States Government
Charles W. Scharf, CEO
BNY Mellon
225 Liberty Street
New York, NY 10286
United States

[8] Common Law Service of process.

Fax: 212-635-1799

John C. Williams, Chief Executive Office
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045

*Notice to principal is notice to agent; notice to agent is notice to principal.*

For the United States, United States of America, the United States Government, the Department of Defense, and the Department of the Treasury to

Jefferson Beauregard Sessions, Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Fax number 202-514-6866.

Catriona M. Coppler
US Department of Justice
Post Office Box 227
Washington DC 20044
Catriona.M.Coppler@usdoj.gov

Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1400

Joseph Francis Dunford
Chairman, Joint Chiefs of Staff
1400 Defense Pentagon
Washington, DC 20301-1400

Steven Terner Mnuchin, Secretary
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001.
steven.t.mnuchin@treasury.gov

Department of Treasury

950 Pennsylvania Avenue, NW
Washington, DC 20530-0001.
Sent by Fax to 855- 573-7040.

Megan Brennan, CEO
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20509
megan.j.brennan@usps.gov

Thomas J. Marshall, General Counsel
United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20509
thomas.j.marshall@usps.gov

_Notice to principal is notice to agent; notice to agent is notice to principal._

For all Commonwealth of Pennsylvania employees and agents
Robert Torres, Acting Secretary of State
Commonwealth of Pennsylvania Office of the Secretary
302 North Office Building
Harrisburg, PA 17120.
Sent by fax number 717-787-1734

Joshua David Shapiro
Commonwealth of Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120.
Sent by fax number 717-787-8242
https://www.attorneygeneral.gov/contact/

Thomas Westerman Wolf, Governor
Office of the Governor
508 Main Capitol Building
Harrisburg, PA 17120
Sent by fax number 717-772-8284

The Unified Judicial System of Pennsylvania

601 Commonwealth Avenue
Suite 1500
Harrisburg, PA 17120

Glenn T. Roth, Risk Manager
County of Schuylkill
401 North Second Street
Pottsville, PA 17901-2528
groth@co.schuylkill.pa.us

Darlene Laughlin, Schuylkill County Clerk
County of Schuylkill
401 North Second Street,
Pottsville, PA 17901
dlaughlin@co.schuylkill.pa.us

David John Dutcavage, Prothonotary
County of Schuylkill
401 North Second Street,
Pottsville, PA 17901
ddutcavage@co.schuylkill.pa.us

David A. Plachko
County of Schuylkill
301 2nd Street
Port Carbon, PA 17965
Fax 570-628-5394

Alvin B. Marshall, Solicitor
Office of the County Solicitor
County of Schuylkill
401 North Second Street
Pottsville, PA 17901-2528
amarshall@co.schuylkill.pa.us

Joseph G. Groody
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
jgroody@co.schuylkill.us.pa

George Francis Halcovage
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
ghalcovage@co.schuylkill.pa.us

Michael Andrew O'Pake
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
mopake@co.schuylkill.pa.us

Thomas Patrick Pellish
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
tpellish@co.schuylkill.pa.us

Maria Casey
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
tpellish@co.schuylkill.pa.us

Christine Anne Holman
204 E. Broad St.
Tamaqua Pennsylvania 18252
Sent by Fax to: 570-668-3375.

Maria Casey
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
mcasey@co.schuylkill.pa.us

Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
mcasey@co.schuylkill.pa.us

Frank J. Staudenmeier
Schuylkill County Courthouse
401 N 2nd Street

Pottsville, PA 17901
fstaudenmeir@co.schuylkill.pa.us

Karen L. Domalakes,
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
kdomalakes@co.schuylkill.pa.us

Michael J. Stine
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
mstine@co.schuylkill.pa.us

Gary Hess
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
ghess@co.schuylkill.pa.us

Martin Heckman
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
mheckman@co.schuylkill.pa.us

Brian Tobin
Schuylkill County Courthouse
401 N 2nd Street
Pottsville, PA 17901
btobin@co.schuylkill.pa.us

Rubright, Domalakes, Troy & McDonald (Attorneys at Law)
29 E Main Street
Schuylkill Haven, PA 17972
kdomalakes@co.schuylkill.pa.us

Walter Miscavage
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.

Albert Joseph Evans

Borough of Minersville
1 Mahantongo Street
Pottsville PA 17901
Fax: 570-544-6578.

William Angelo
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.

Joseph Post
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.

Richard Charles Clink
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.

Megan Paul
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.

Michael Combs
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.

Robert Mahalchick
Borough of Minersville
2 E Sunbury Street
Minersville, PA 17954
Fax: 570-544-6578.fanell

Cerullo Datte & Burke, PC
450 W Market Street
Pottsville, PA 17901
Sent by fax to: 570 622-0798

Martin Joseph Cerullo
Cerullo Datte & Burke, PC
450 W Market Street
Pottsville, PA 17901
Sent by fax to: 570 622-0798

Fanelli, Evans & Patel, P.C.
1 Mahantongo Street
Pottsville, PA 17901

Albert Joseph Evans
Fanelli, Evans & Patel, P.C.
1 Mahantongo Street
Pottsville, PA 17901
Sent by fax to: 570-544-6578

Frederick James Fanelli
Fanelli, Evans & Patel, P.C.
1 Mahantongo Street
Pottsville, PA 17901

Sudhir Raman Patel
Fanelli, Evans & Patel, P.C.
1 Mahantongo Street
Pottsville, PA 17901

Robert Benjamin Patton
2500 West End Ave. Ste. 10
Pottsville, PA 17901

The Unified Judicial System of Pennsylvania
601 Commonwealth Ave
Harrisburg, PA 17120

Thomas B. Darr, Court Administrator
Supreme Court of Pennsylvania
601 Commonwealth Ave, Suite 1500
Harrisburg PA 17106-1260
Fax: (717) 231-3327

Thomas G. Saylor
601 Commonwealth Ave #4500,
Harrisburg, PA 17120
Fax: (717) 231-3327

Robert D. Castille
601 Commonwealth Ave #4500,
Harrisburg, PA 17120
Fax: (717) 231-3327

Raymond S. Wierciszewski
The Disciplinary Board of the Supreme Court of Pennsylvania
820 Adams Avenue, Suite 170
Trooper, PA 19403
Fax: 610.650.8213

Paul J. Killion
The Disciplinary Board of the Supreme Court of Pennsylvania
601 Commonwealth Ave #4500,
Harrisburg, PA 17120
Fax: 610.650.8213

Alan J. Davis
The Disciplinary Board of the Supreme Court of Pennsylvania
820 Adams Avenue, Suite 170
Trooper, PA 19403
Fax: 610.650.8213

Paul J. Burgoyne
The Disciplinary Board of the Supreme Court of Pennsylvania
601 Commonwealth Ave #4500,
Harrisburg, PA 17120

*Notice to principal is notice to agent; notice to agent is notice to principal.*
The Disciplinary Board of the Supreme Court of Pennsylvania
601 Commonwealth Ave #4500,
Harrisburg, PA 17120

Supreme Court of Pennsylvania
601 Commonwealth Ave, Suite 1500
P.O. Box 61260
Harrisburg PA 17106-1260
Fax: (717) 231-3327

_**Notice to principal is notice to agent; notice to agent is notice to principal**_
Schuylkill County Bar Association
Attention: Charlotte M Green
401 North Second Street
Pottsville, PA 17901
scba@comcastbiz.net

Pennsylvania Bar Association
Attn. David Keller Trevaskis,
100 South Street,
P.O. Box 186, Harrisburg, Pa. 17108-0186
david.trevaskis@pabar.org

Sarah M. Murray, President
Bar Association of Lehigh County
Attn: Ray Bridgeman
1114 W Walnut Street
Allentown, PA 18102
rbridgeman@lehighbar.org

Robert Spagnoletti
Chief Executive Officer
District of Columbia Bar
901 4th Street, NW
Washington, DC 20001
executive.office@dcbar.org

Patrick Joseph Toomey
248 Russell Senate Office Building
Washington, D.C. 20510
https://www.toomey.senate.gov/?p=contact
patrick.j.toomey@senate.gov

David G. Argall
Senate Box 203029
171 Main Capitol
Harrisburg, PA 17120-3029
http://www.senatorargall.com/contact-me/

Neal Patrick Goodman
512E Main Capitol

PO Box 202123
Harrisburg, PA 17120-2123
http://www.pahouse.com/Goodman/PhotoGallery?g=2507&PH=3002

Matthew Cartwright
1034 Longworth House Office Building
Washington, DC 20515
https://cartwright.house.gov/contact/email-me

Joseph N. Hanna
Lehigh County Sheriff
455 West Hamilton Street - Room 253
Allentown, PA 18101

County of Lehigh
Attention: Phillips Armstrong, County of Lehigh Executive
17 South Seventh Street
Allentown, PA 18101

Phillips Armstrong
County of Lehigh Executive
17 South Seventh Street
Allentown, PA 18101

Martin Wayne Nothstein
Government Center
17 South 7th St.
Allentown, PA 18101

Percy H. Dougherty
Martin Wayne Nothstein
Government Center
17 South 7th St.
Allentown, PA 18101

James Bernard Martin
455 Hamilton Street, Room 307
Allentown, PA 18101

Stephen J. Marshall
Upper Macungie Township Police Department
37 Grim Road
Breinigsville, PA 18031.

Edgardo A. Colon
Upper Macungie Township Police Department
37 Grim Road
Breinigsville, PA 18031.

Robert Ibach
Upper Macungie Township
8330 Schantz Road
Breinigsville, Pa 18031

Upper Macungie Township
8330 Schantz Road
Breinigsville, Pa 18031

William Rozier, Counsel for PSP
Pennsylvania State Police (PSP)
1800 Elmerton Avenue
Harrisburg, PA 17110
RA-psprighttoknow@pa.gov

Robert Evanchek
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
RA-psprighttoknow@pa.gov

Bradley J. Getz
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
RA-psprighttoknow@pa.gov

Robert H. D'Ambrosia
Pennsylvania State Police
1800 Elmerton Avenue

Harrisburg, PA 17110
RA-psprighttoknow@pa.gov

Tyree C. Blocker
Pennsylvania State Police
1800 Elmerton Avenue
Harrisburg, PA 17110
RA-psprighttoknow@pa.gov

Date: June 6, 2018

**In Memoriam**
**Robert Francis "Bobby" Kennedy**
**non morietur quia dilexit vos**


*Edward Thomas Kennedy*          SEAL
_____
Edward Thomas Kennedy